UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>           v.<br><br>LUIS FRANCISCO GARAY SOTO,<br><br>                     Defendant. | Case No. 23-404 BAT<br><br>DETENTION ORDER |

Mr. Garay Soto is charged with possession of controlled substances with intent to distribute, 21 U.S.C. §§ 841, 841(a)(1), 841(b)(1)(B), 18 U.S.C. § 2. The Court held a detention hearing on August 15, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated in the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Garay Soto poses a risk of nonappearance due to lack of connections to this district. Mr. Garay Soto poses a risk of danger due to the nature and circumstances of the instant offense. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that

DETENTION ORDER - 1

will reasonably assure Mr. Garay Soto's appearance at future court hearings while addressing the danger to other persons or the community.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Garay Soto as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Garay Soto shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Garay Soto shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Garay Soto is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Garay Soto, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 15th day of August, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2