The Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR23-137RSL |
|---|---|
| Plaintiff, | ORDER TO SEAL EXHIBIT A |
| v. | |
| LUIS FRANCISCO GARAY SOTO, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained in the exhibit,

It is hereby ORDERED that Exhibit A, filed with the government's Sentencing Memorandum at Dkt. #41, shall be sealed.

DATED this  3rd  day of  September , 2024.

*/s/ Robert S. Lasnik/*
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

Order to Seal Exhibit - 1
*United States v. Garay Soto*, CR23-137RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970