The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS FRANCISCO GARAY SOTO,<br><br>Defendant. | NO. CR23-137-RSL<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (the "Motion") for the following property (the "Subject Property"):

1. A Ruger P-85 9mm pistol, bearing serial number 302-16697, and any associated ammunition (the "Ruger Pistol"); and

2. A privately made AR style .223 caliber rifle, and any associated ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

//

Final Order of Forfeiture - 1
*United States v. Garay Soto*, CR23-137-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On September 4, 2024, the Court entered a Preliminary Order of Forfeiture finding this property forfeitable pursuant to 21 U.S.C. § 853(a), and 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting Defendant's interest in it. Dkt. No. 44.

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 47), and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for Final Order of Forfeiture, ¶ 2, Exhibits A - B); and

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, the Drug Enforcement Administration, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this  15th  day of      January      , 2025.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Garay Soto*, CR23-137-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Garay Soto*, CR23-137-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970